UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AMBER WHITE,<br><br>          Plaintiff,<br><br>v.<br><br>AMERICAN CENTER FOR BIOREGULATORY MEDICINE AND DENTISTRY, LLC d/b/a THE BIOMED CENTER,<br><br>          Defendant. | No. 1:21-cv-00483-MSM-LDA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action shall be and hereby is dismissed, with prejudice, and without costs or attorneys' fees to any party.

| Plaintiff, | Defendant, |
|---|---|
| Amber E. White | American Center for Bioregulatory Medicine and Dentistry, LLC d/b/a The BioMed Center |
| By her attorneys, | By its attorneys, |
| SINAPI LAW ASSOCIATES, LTD. | JACKSON LEWIS P.C. |
| /s/ Danilo A. Borgas<br>Danilo A. Borgas, Esq.  (#9403)<br>Richard A. Sinapi, Esq.  (#2977)<br>2374 Post Road, Suite 201<br>Warwick, RI 02886<br>Phone: (401) 739-9690<br>Email:  ras@sinapilaw.com<br>           dab@sinapilaw.com | /s/ Jonathan R. Shank<br>Jonathan R. Shank, Esq. (#8008)<br>127 Dorrance Street, 4th Floor<br>Providence, RI 02903<br>Phone: (617) 305-1272<br>Email: jonathan.shank@jacksonlewis.com |

Dated: June 10, 2022

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 10, 2022.

      /s/ Jonathan R. Shank
      JACKSON LEWIS P.C.

4866-1835-6260, v. 1